```
     FILED    ✓ RECEIVED
     ENTERED    SERVED ON
     COUNSEL/PARTIES OF RECORD

     JUL 29 2014

     CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
     BY:_____ DEPUTY
```

1  Robert Drummond
2  2309 Clifford Ave.#2
   Las Vegas NV.89104
3  (702) 355-709 IN THE UNITED STATES DISTRICT COURT

4                  FOR THE DISTRICT OF NEVADA

5

6

7  Robert Drummond                    )
                                       )
8                  Plaintiff,          )    2:14-cv-01242-APG-GWF
                                       )
9  vs.                                 )
                                       )
10 Southwest Council of Carpenters,    )
                                       )
11                 Defendant           )
                                       )

12 _____

13 All pensions are regulated by federal regulation

14

15 On or about june 6 2006 I was advised to cease work do tto a collasped disk

16 In my lower back whiched caused numbness in my right leg to shorten the

17 story I wsa scheduled for slineal fusion in August of 2006 but was postponed

18 due to a clogged artery which a stent was placed in the heart artery and

19 sduw to the anti rejection medicine I had to take it was postponed until

20 September 6 2006

21 Due to the lower part of my spine I was totally disabled and even though I

22 could do no work at all the carpenters union maintained I was 96 hours short

23 of their pension never hearing of hours being the basis for a pension I an

24 claiming 18-1/2 years and being eligible at 10 year normally awas denied.

25                              DEMAND

26 A reasonable amount saying $1500 per month and pray the court will set it at

27 $3000 per month and I claim this for a period from June 6,2006 to preaent

28 Robert Drummond


                         [Pleading Title] - 1

| | |
|---|---|
| 1 | 2309 Clifford Ave. #2 |
| 2 | Las Vegas NV 89104 |
| 3 | (702) 355-7098 |

Dated this 2nd of July, 2014

_Robert Dud_ (signature)

[Pleading Title] - 2