UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT M. DRUMMOND, | Case No. 2:14-CV-01242-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SOUTHWEST COUNCIL OF CARPENTERS, | (Dkt. #5) |
| Defendant. | |

On September 17, 2014, Magistrate Judge Foley entered a Report & Recommendation (Dkt. #5) recommending I close this case because Plaintiff Robert Drummond did not file an amended application to proceed in forma pauperis or to pay the filing fee as ordered. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Foley's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #5) is accepted and the clerk of court is directed to close this case.

DATED this 20th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE